# United States Court of Appeals for the Fifth Circuit

---

No. 23-50034
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
October 31, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Michael Moreno,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:21-CR-18-2

---

Before Higginbotham, Stewart, and Southwick, *Circuit Judges.*
Per Curiam:[*]

The attorney appointed to represent Michael Moreno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Moreno has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50034

assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.